```
                             United States Bankruptcy Court
                             Southern District of Florida

In re:                                                              Case No. 19-21415-AJC
Jesus Cruz                                                          Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 113C-1          User: admin                 Page 1 of 1          Date Rcvd: Dec 06, 2019
                              Form ID: 318                Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2019.
db             +Jesus Cruz,    742 E. 20 Street,    Hialeah, FL 33013-4142
95280904       +Bailey Banks,    PO Box 6497,    Sioux Falls, SD 57117-6497
95280919       +Zwicker & Associates c/o Discover Bank,     700 W. Hillsboro Blvd., Bld. 2, #201,
                 Deerfield Beach, FL 33441-1612
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: FMMYIP Dec 07 2019 06:23:00      Maria Yip,    2 S. Biscayne Blvd #2690,
                 Miami, FL 33131-1815
smg             EDI: FLDEPREV.COM Dec 07 2019 06:23:00      Florida Department of Revenue,    POB 6668,
                 Tallahassee, FL 32314-6668
ust            +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Dec 07 2019 01:48:58       Office of the US Trustee,
                 51 S.W. 1st Ave.,    Suite 1204,   Miami, FL 33130-1614
cr             +EDI: RMSC.COM Dec 07 2019 06:24:00      Synchrony Bank,    PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
95280905       +EDI: TSYS2.COM Dec 07 2019 06:23:00      Barclay's Bank of Delaware,    125 S. West Street,
                 WIlmington, DE 19801-5014
95280906        EDI: CAPITALONE.COM Dec 07 2019 06:23:00      Capital One Bank USA,    15000 Capital One Dr,
                 Richmond, VA 23238
95280907       +EDI: CHASE.COM Dec 07 2019 06:23:00      Chase Card,    POB 15298,   Wilmington, DE 19850-5298
95280908        EDI: DISCOVER.COM Dec 07 2019 06:23:00      Discover Financial Services,    P.O Box 15316,
                 Wilmington, DE 19850
95280909       +EDI: GMACFS.COM Dec 07 2019 06:23:00      GMAC Automotive Bank,    2000 Town Ctr. #2200,
                 Southfield, MI 48075-1157
95280910       +EDI: TSYS2.COM Dec 07 2019 06:23:00      MACYS/DSNB,    9111 Duke Blvd.,   Mason, OH 45040-8999
95280911       +EDI: PRA.COM Dec 07 2019 06:23:00      Portfolio Recovery Affil,    120 Corporate Blvd.,   Ste. 1,
                 Norfolk, VA 23502-4952
95280912        E-mail/Text: newbk@Regions.com Dec 07 2019 01:49:14       Regions,   PO Box 2224,
                 Birmingham, AL 35246-0009
95280914       +EDI: RMSC.COM Dec 07 2019 06:24:00      SYNCB/GAP,    POB 965005,   Orlando, FL 32896-5005
95280913       +E-mail/Text: atlanta.bnc@ssa.gov Dec 07 2019 01:49:28       Social Security Administration,
                 PO Box 3430,    Philadelphia, PA 19122-0430
95280915       +EDI: RMSC.COM Dec 07 2019 06:24:00      Syncb/Home Design Nahf,    950 Forrer Blvd,
                 Kettering, OH 45420-1469
95280916        EDI: RMSC.COM Dec 07 2019 06:24:00      Syncb/jcp,    POB 984100,   El Paso, TX 79998
95280917       +EDI: RMSC.COM Dec 07 2019 06:24:00      Synchrony Bank,    P.O. BOX 960061,
                 Orlando, FL 32896-0061
95280918        E-mail/Text: vci.bkcy@vwcredit.com Dec 07 2019 01:49:12       VW Credit, Inc,   PO BOX 7572,
                 Libertyville, IL 60048-7572
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2019 at the address(es) listed below:
              Maria Yip    trustee@yipcpa.com, mmy@trusteesolutions.net
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Richard J. Adams    on behalf of Debtor Jesus  Cruz radamsbkc@bellsouth.net
                                                                                             TOTAL: 3
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jesus Cruz** <br> First Name    Middle Name    Last Name | Social Security number or ITIN  **xxx−xx−9923** <br> EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | _____ <br> First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Southern District of Florida** | | |
| Case number:  **19−21415−AJC** | | |

# Order of Discharge                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Jesus Cruz**
**aka Jesus Gonzalez, aka Cruz Jesus**

December 6, 2019                                       **By the court:** _____

                                                                                            A. Jay Cristol
                                                                                            United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**